# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                         Case No:   6:17-cv-2043-Orl-31DCI

**APPROXIMATELY $131,940.00,
KENNETH TAM, JOHN TAM and
SANDRA TAM,**

    **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Default Judgment (Doc. 16) filed April 25, 2018.

On July 9, 2018, the United States Magistrate Judge issued a report (Doc. 17) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**.

3. The Clerk is directed to enter default judgment, forfeiting to the United States all right, title, and interest in the funds.

4. After entry of judgment, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 24, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party